# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Abaco Steel Products | 12/6/2022 | 266353 | Check | $ 22,811.25 |
|  |  |  |  |  | $ 22,811.25 |